

**LEWIS BRISBOIS**
LEWIS BRISBOIS BISGAARD & SMITH LLP

Douglas H. Amster
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Douglas.Amster@lewisbrisbois.com
Direct: 973.718.3955

March 7, 2022

Hon. Michael A. Hammer
United States Magistrate Judge
Martin Luther King Jr. Building
and United States Courthouse
50 Walnut Street
Newark, New Jersey 07912

    Re:    *Kearney, et al. v. BMW AG, et al.* (Case No. 17-13544-MCA-MAH)

Dear Judge Hammer:

At the February 17, 2022 hearing on jurisdictional discovery relating to Bayerische Motoren Werke Aktiengesellschaft ("BMW AG"), your Honor asked that the parties submit a form of Order within a week of that conference (Transcript, p. 55). The Court also discussed deadlines for BMW AG's written responses to the approved jurisdictional discovery, and requested that the parties submit a joint status report within thirty (30) days (i.e. March 21, 2022).

On February 23, 2022, having not heard from plaintiffs' counsel, Mr. Kizirian contacted Mr. Cecchi to follow up on the draft form of order. To date, we've not heard from counsel for Plaintiffs on the form of order or any other issue. Thus, we respectfully request that the Court issue a text order (or BMW AG will provide a form of order) that (1) sets BMW AG's deadline to provide written responses to the approved jurisdictional discovery forty-five (45) days *from the date of entry of such an order* and (2) continue the deadline to submit a further joint status report to thirty (30) days *from the date of entry of such an order*.

Respectfully submitted,

/s/ Douglas H. Amster

Douglas H. Amster of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

SO ORDERED

EYK    s/*Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 3/8/2022

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA • OHIO
OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA