**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVE KEARNEY, *et al.* on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, and BMW of NORTH AMERICA, LLC,<br><br>Defendants. | Civil Action No. 17-13544(MCA)(MAH)<br><br> **ORDER SEALING DOCUMENTS** |

This matter having come before the Court on Plaintiffs' Motion to Seal, and the Court having considered the submissions, it is hereby **ORDERED** that, pursuant to L. Civ. R. 5.3(c), Exhibit 1 to the Declaration of James E. Cecchi attached to Plaintiffs' Motion for Reconsideration, or, Alternatively, Motion For Entry of Judgment Pursuant To Rule 54(B) and Motion To Stay (ECF No. 169-2), filed on December 16, 2021, shall be **SEALED**.

The information in the Exhibit satisfies the standards set forth in L. Civ. R. 5.3. The Court finds the Exhibit contains information subject to foreign privacy laws, including the EU General Data Protection Regulation, relating to names and contact information for current and/or former employees of Inteva Products in Slovakia and for current and/or former employees of BMW Group in Germany, and sensitive personal information of an individual consumer. There is no less restrictive alternative to sealing the Exhibit. Thus, the facts and circumstances warrant sealing Exhibit 1 to the Declaration of James E. Cecchi attached to Plaintiffs' Motion for Reconsideration, or, Alternatively, Motion For Entry of Judgment Pursuant To Rule 54(B) and Motion To Stay (ECF No. 169-2).


**THEREFORE**, on this 15th day of March, 2022

**IT IS ORDERED** that the Motion to Seal pursuant to Local Rule 5.3(c) is hereby granted; and

**IT IS FURTHER ORDERED** that the Clerk of the Court is hereby direct to seal Exhibit 1 to the Declaration of James E. Cecchi attached to Plaintiffs' Motion for Reconsideration, or, Alternatively, Motion For Entry of Judgment Pursuant To Rule 54(B) and Motion To Stay (ECF No. 169-2).

**SO ORDERED**

_/s/ Michael A. Hammer_
MICHAEL A. HAMMER, U.S.M.J.
Michael A. Hammer, U.S.M.J.

Date: